UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COSNER, an individual; and JULIE COSNER, an individual,<br>　　　　　Plaintiffs,<br>v.<br>KEYSTONE RV COMPANY, a Delaware Corporation,; THOR INDUSTRIES, INC., a Delaware Corporation; SIERRA RV SUPER CENTER INC., a Domestic Corporation; JOHNSONS' CARSON CITY RV, INC., a Domestic Corporation; and DOE and ROE CORPORATIONS 1-10.<br>　　　　　Defendants.　　　／ | **CASE NO.:** 3:20-CV-00154-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　This Stipulation and Order to dismiss the above entitled-action with prejudice is made and entered into by and DAVID COSNER, an individual, and JULIE COSNER, an individual, Plaintiffs, and Defendants, KEYSTONE RV COMPANY, a Delaware Corporation; SIERRA RV SUPER CENTER INC., a Domestic Corporation; and JOHNSONS' CARSON CITY RV, INC., a Domestic Corporation;, by and through their respective undersigned counsel of record.

///

////

///

///

///

///

///

1

1    IT IS STIPULATED between the parties to the above-entitled action, through their
2 respective counsel of record, that the above-entitled action be dismissed with prejudice with each
3 party to bear the costs and fees of that party.
4    IT IS FURTHER STIPULATED that the Deposition of Julie Cosner scheduled to occur on
5 August 11, 2020 is cancelled.
6    **IT IS SO STIPULATED.**

7 DATED THIS August 10, 2020.        **KING & RUSSO, Ltd.**
                                     /s/Patrick O. King
8                                    PATRICK O. KING, Esq.
                                     State Bar No.: 5035
9                                    123 W. Nye Ln, Ste. 711
10                                   Carson City, NV 89706
                                     Telephone: (775) 884-0866
11                                   Email: king@kingandrussolaw.com
                                     Attorney for Plaintiffs
12

13 DATED THIS August 10, 2020          **ALVERSON TAYLOR & SANDERS**

14                                    /s/ KARIE N. WILSON
                                      J. BRUCE ALVERSON, ESQ.
15                                    Nevada Bar No. 1339
                                      KARIE N. WILSON, ESQ.
16                                    Nevada Bar No. 7957
17                                    6605 Grand Montecito Pkwy, Ste. 200
                                      Las Vegas, NV 89149
18                                    702-384-7000 Phone
                                      702-385-7000 Fax
19                                    Attorneys for Defendants
20                                    KEYSTONE RV CO.

21 DATED THIS August 10, 2020.        **PERRY & WESTBROOK, P.C.**

22                                    /s/Gabriel J. Czop
23                                    ALAN W. WESTBROOK, ESQ.
                                      Nevada Bar No. 06167
24                                    GABRIEL J. CZOP, ESQ.
                                      Nevada Bar No. 14697
25                                    1701 West Charleston Blvd., Suite 200
                                      Las Vegas, Nevada 89102
26                                    Telephone: (702) 870-2400
27                                    Facsimile: (702) 870-8220
                                      E-Mail: awestbrook@perrywestbrook.com
28                                    Attorneys for Defendant
                                      JOHNSONS' CARSON CITY RV

| | | |
|---|---|---|
| 1 | DATED THIS August 10, 2020. | **BROWN, BONN & FRIEDMAN, LLC** |
| 2 | | /s/ Kevin A. Brown |
| 3 | | Kevin A. Brown, Esq. (Bar #7621) |
| | | Thomas Friedman, Esq. (Bar #7708) 5528 |
| 4 | | South Fort Apache Road |
| | | Las Vegas, NV 89148 |
| 5 | | (702) 942-3900 |
| 6 | | (702) 942-3901 FAX |
| | | kbrown@brownbonn.com |
| 7 | | Attorneys for Defendants SIERRA RV |
| | | SUPER CENTER, INC. |
| 8 | | |
| 9 | **IT IS SO ORDERED.** | |
| 10 | DATED this 11th day of August, 2020. | _____ |
| 11 | | LARRY R. HICKS |
| | | UNITED STATES DISTRICT JUDGE |

3